# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Xcel Energy, Inc., Northern States Power Minnesota, & Xcel Energy Services, Inc.,<br><br>　　　　　Defendants. | Court File No.: 10-2275 (PAM/JSM)<br><br>**ORDER** |

This joint motion is before the Court on the parties' Stipulation and Motion to Consolidate the Preliminary Injunction Hearing and Briefing. Based on all the files, records and proceedings, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction [Clerk Doc. No. 6] and Defendants' Motion to Dismiss [Clerk Doc. No. 13] shall be consolidated for a single hearing on September 2, 2010 at 9:30 a.m. The July 21, 2010 hearing is stricken from the Court's calendar.

The briefing schedule is as follows:

(a) July 22, 2010: Defendants' consolidated brief in opposition to plaintiff's motion for preliminary injunction and in support of the motion to dismiss, which shall not exceed 17,000 words, as determined pursuant to LR 7.1(d);

(b) August 2, 2010: Plaintiff's consolidated brief in opposition to the motion to dismiss and reply on the motion for preliminary injunction, which shall not exceed 17,000 words, as determined pursuant to LR 7.1(d);; and

August 16, 2010: Defendants' reply on the motion to dismiss, which shall not exceed 8,500 words, as determined pursuant to LR 7.1(d).

Dated:   July   20  , 2010

                                          s/Paul A. Magnuson
                                          Paul A. Magnuson
                                          United States District Court Judge