UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No.: 10-2275 (PAM/JSM) |
| Plaintiff, | |
| vs. | AFFIDAVIT OF MOLLY B. THORNTON |
| Xcel Energy Inc., Northern States Power Minnesota, & Xcel Energy Services Inc., | |
| Defendants. | |

STATE OF MINNESOTA )
                   )ss
COUNTY OF HENNEPIN )

I, Molly B. Thornton, attest as follows:

1. I am an attorney licensed to practice before this Court and am counsel of record for Defendants.

2. Exhibit 1 is a photocopy of the EPA's December 22, 2000 Request to Provide Information Pursuant to the Clean Air Act to Northern States Power.

3. Exhibit 2 is a photocopy of the EPA's May 23, 2002 Request to Provide Information Pursuant to the Clean Air Act to Xcel Energy, formerly Northern States Power.

4. Exhibit 3 is a photocopy of the EPA's October 22, 2008 Request to Provide Information Pursuant to the Clean Air Act to Xcel Energy.

5. Exhibit 4 is a photocopy of the EPA's July 27, 2009 Supplemental Request to Provide Information Pursuant to the Clean Air Act to Xcel Energy.

2601390v1

6.      Exhibit 5 is a photocopy of the April 27, 2009 letter from Debra Jezouit to the U.S. Environmental Protection Agency – Region 5.  Ms. Jezouit is outside counsel to Xcel Energy.

7.      Exhibit 6 is a photocopy of the August 17, 2009 letter from Debra Jezouit to the U.S. Environmental Protection Agency – Region 5.

8.      Exhibit 7 is a photocopy of the August 21, 2009 letter from Debra Jezouit to the U.S. Environmental Protection Agency – Region 5.

9.      Exhibit 8 is a photocopy of the September 22, 2009 letter from Gaylene Vasaturo to Debra Jezouit.  Ms. Vasaturo works for EPA Region 5's Office of Regional Counsel.

10.     Exhibit 9 is a photocopy of the October 7, 2009 letter from Debra Jezouit to Gaylene Vasaturo.

11.     Exhibit 10 is a photocopy of the January 8, 2010 letter from Gaylene Vasaturo to Debra Jezouit.

12.     Exhibit 11 is a photocopy of the January 29, 2010 letter from Debra Jezouit to Gaylene Vasaturo.

13.     Exhibit 12 is a photocopy of the March 2, 2010 letter from Gaylene Vasaturo to Debra Jezouit.

14.     Exhibit 13 is a photocopy of the March 17, 2010 letter from Debra Jezouit to Gaylene Vasaturo.

15.     Exhibit 14 is a photocopy of a November 12, 2009 letter from Xcel Energy Senior Environmental Analyst Nancy Glass to the Minnesota Pollution Control Agency's

AQ Compliance Tracking Coordinator, regarding the Sherburne County Generating Plant.

*s/ Molly B. Thornton*<br>Molly B. Thornton

Subscribed and sworn to before me
this 22nd day of July, 2010.


*s/ Barbara J. McNabb*
Notary Public
My Commission Expires:  January 31, 2015

2601390v1