## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No.: 10-2275 (PAM/JSM) |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO WITHDRAW THE DECLARATION OF A.M. HEKKING** |
| Xcel Energy, Inc., Northern States Power Minnesota, & Xcel Energy Services, Inc., | |
| Defendants. | |

Plaintiff United States of America and defendants Xcel Energy, Inc., Northern States Power Minnesota and Xcel Energy Services, Inc. stipulate as follows:

1. In support of the Government's reply on the Motion for Preliminary Injunction, the Declaration of A.M. Hekking (Clerk Doc. No. 25, Ex. 3) was submitted;

2. Xcel Energy contends that the Hekking Declaration raises new issues that would necessitate seeking leave to file sur-reply evidence, while the United States contends that the Hekking Declaration is a proper reply to arguments raised in Xcel Energy's opposition to the preliminary injunction. Nonetheless, the United States does not wish to further prolong and complicate the litigation over the enforcement of EPA's information requests, and believes that the remaining record properly supports relief (a position that Xcel Energy disputes). Therefore, the United States agrees to withdraw the Hekking Declaration (Clerk Doc. No. 25, Ex. 3) and all references to that Declaration in reply motion papers, including but not limited to pages 14 and 18 of Clerk Doc. No. 25.

                                                          Respectfully submitted,

Dated: August 19, 2010

                                                        IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

By   *s/Justin A. Savage*
     Justin A. Savage
     Thomas Benson
     Katherine Vanderhook
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20530
202-514-5293

B. Todd Jones
United States Attorney

By:   *s/Friedrich A.P. Siekert*
     Friedrich A. P. Siekert (142013)
Assistant United States Attorney
300 South Fourth Street, Suite 600
Minneapolis, Minnesota 55402
612-644-5600
**ATTORNEYS FOR PLAINTIFF**

Dated: August 19, 2010            **BRIGGS AND MORGAN, P.A.**

By   *s/ Timothy R. Thornton*
     Timothy R. Thornton (#109630)
     Molly B. Thornton (#331922)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 977-8400
**ATTORNEYS FOR DEFENDANTS**

2657565v3