# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Xcel Energy, Inc., Northern States Power Minnesota, & Xcel Energy Services, Inc.,<br><br>Defendants. | Court File No.: 10-2275 (PAM/JSM)<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Stipulation to Withdraw the Declaration of A.M. Hekking. Based on all the files, records and proceedings, **IT IS HEREBY ORDERED** that:

1. The Declaration of A.M. Hekking [Clerk Doc. No. 25, Ex. 3] is **STRICKEN**; and

2. All references to the Declaration of A.M. Hekking, including but not limited to references on pages 14 and 18 of Clerk Doc. No. 25, are **STRICKEN.**

Dated:  August 24 , 2010

                                         s/Paul A. Magnuson
                                        Paul A. Magnuson
                                        United States District Court Judge