# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No.: 10-2275 (PAM/JSM) |
| Plaintiff, | |
| vs. | **ORDER** |
| Xcel Energy Inc., Northern States Power Minnesota, & Xcel Energy Services Inc., | |
| Defendants. | |

This matter is before the Court on the parties' Settlement Agreement and Agreed Order, which has been filed at Clerk Doc. No. 43. Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Settlement Agreement and Agreed Order [Clerk Doc. No. 43] is incorporated as an Order of this Court;

2. The Complaint is **DISMISSED with prejudice;** and

3. This Order shall constitute the final judgment of this Court and there shall be no appeal from the Court's September 27, 2010 Order.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 13, 2010

                                                                    s/Paul A. Magnuson
                                                                    Paul A. Magnuson
                                                                    United States District Court Judge